UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
STEVEN ANDERSON,

                     Plaintiff,                     Case No: 1:18-cv-6152
                                                                   JUDGE RAMOS

            -against-                                MOTION FOR ADMISSION
                                                                   PRO HAC VICE

METRO-NORTH COMMUTER RAILROAD
COMPANY AND INTERNATIONAL BROTHERHOOD
OF TEAMSTERS LOCAL 808,
                     Defendants.
-----------------------------------------------------------------------------X

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, James F. Wallington hereby moves this Court for an Order for admission to practice *pro hac vice* to appear for all purposes as counsel for Defendant International Brotherhood of Teamsters Local 808 in the above-captioned action.  I am in good standing of the bar of the District of Columbia and the bar of the State of West Virginia and there are no pending disciplinary proceedings against me in any state or federal court.   I have never been convicted of a felony.   I have never been censured, suspended, disbarred or denied admission or readmission by any court.   I have attached the affidavit pursuant to Local Rule 1.3.

Date: August 6, 2018                    Respectfully submitted,

                                            *s/ James F. Wallington*
                                            _____
                                            James F. Wallington
                                            BAPTISTE & WILDER, P.C.
                                            1150 Connecticut Avenue, N.W. Suite 315
                                            Washington, D.C.  20036
                                            Ph: (202) 223-0723/Fax: (202) 223-9677
                                            Email: jwallington@bapwild.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 6th day of August, 2018, a true and correct copy of the above and following documents were electronically filed with the Court.  Pursuant to

Local Rule 5.2 and the Court's Procedures for Electronic Filing, this constitutes service on the following counsel:

Counsel for Plaintiff Steven Anderson:

Ralph A. Somma
Law Office of Ralph A. Somma
175 West Main Street, Suite One
Babylon, NY 11702
Email: rsomma@sommafirm.com

Separate email to:

Counsel for Defendant Metro-North Commuter Railroad Company:

Jennifer Mustes, Associate Counsel
Sofia Hubscher, Associate Counsel
Metro-North Commuter Railroad
420 Lexington Avenue, 11th Floor
New York, NY, 10170-1200
Email: jmustes@mnr.org
Email: hubscher@mnr.org

                                          ___/s/_____
                                          James F. Wallington
                                          BAPTISTE & WILDER, P.C.
                                          1150 Connecticut Avenue, N.W. Suite 315
                                          Washington, D.C.  20036
                                          Ph: (202) 223-0723/Fax: (202) 223-9677