UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEVEN ANDERSON,

                  Plaintiff,                  Case No: 1:18-cv-6152

-against-                                   AFFIDAVIT IN SUPPORT OF
                                                    MOTION FOR ADMISSION
                                                    PRO HAC VICE

METRO-NORTH COMMUTER RAILROAD
COMPANY AND INTERNATIONAL BROTHERHOOD
OF TEAMSTERS LOCAL 808,

                  Defendants.
-----------------------------------------------------------------X

       I, James F. Wallington, being duly sworn, hereby depose and state as follows:

1.     I am a member of the law firm of Baptiste & Wilder, P.C. of Washington, DC.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* for all purposes in the above-captioned matter as counsel for Defendant International Brotherhood of Teamsters Local 808.

3.     As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bar of the District of Columbia and the bar of the State of West Virginia.

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

5.     I have not been convicted of a felony.

6.     I have not been censured, suspended, disbarred or denied admission or readmission by any court.

       I declare under penalty of perjury prescribed by the laws of the United States of America that the foregoing statements are true and correct. Executed on this 3rd day of August, 2018.

_____
James F. Wallington

Sworn to before me this 3rd day of August, 2018:

_____
NOTARY PUBLIC

My Commission expires: 01/14/2020

LESLIE B. PEREZ
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2020



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*James F. Wallington*

was duly qualified and admitted on **April 5, 1993** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on July 30, 2018.**

*Julio A. Castillo*
**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By: _____
District of Columbia Bar Membership

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

*STATE OF WEST VIRGINIA*

*I, Edythe Nash Gaiser, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that James F. Wallington, of Washington, District of Columbia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 20th day of May, 1980 that he is an attorney in good standing in said Court and is currently on active status and that his private and professional characters are good.*

*Given under my hand and seal of said Court, at Charleston, West Virginia, this 2nd day of August, 2018, and in the 156th year of the State.*

*Edythe Nash Gaiser*
*Clerk, Supreme Court of Appeals of West Virginia*

