UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
STEVEN ANDERSON,

                Plaintiff,                Case No: 1:18-cv-6152
                                                JUDGE RAMOS

       -against-                        ORDER FOR ADMISSION
                                                PRO HAC VICE

METRO-NORTH COMMUTER RAILROAD
COMPANY AND INTERNATIONAL BROTHERHOOD
OF TEAMSTERS LOCAL 808,

                Defendants.
-------------------------------------------------------------------------X

     The motion of James F. Wallington, of the law firm Baptiste & Wilder, P.C., Washington, DC, to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of West Virginia, and that his contact information is as follows:

| | |
|---|---|
| Applicant name: | James F. Wallington |
| Firm name: | Baptiste & Wilder, P.C. |
| Address: | 1150 Connecticut Avenue, NW, Suite 315 |
| City/Zip Code: | Washington, DC 20036 |
| Telephone/Fax: | Ph: (202) 223-0723/Fax: (202) 223-9677 |
| Email: | jwallington@bapwild.com |

     Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant International Brotherhood of Teamsters in the above-captioned action;

     **IT IS HEREBY ORDERED** that Applicant James F. Wallington is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing the discipline of attorneys.

Dated:_____                        _____
                                                                               EDGARDO RAMOS, U.S. District Judge