UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STEVEN ANDERSON,

                              Plaintiff,                           Case No: 1:18-cv-6152
                                                                     JUDGE RAMOS

     -against-                                            Rule 7.1 Disclosure Statement
                                                                  For IBT Local 808

METRO-NORTH COMMUTER RAILROAD
COMPANY AND INTERNATIONAL BROTHERHOOD
OF TEAMSTERS LOCAL 808,

                            **Defendants.**
------------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant International Brotherhood of Teamsters Local 808 certifies that the Defendant is an unincorporated association and has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: August 9, 2018                      International Brotherhood of Teamsters
                                                    Local 808, Defendant, by Counsel,

                                                    *s/James F. Wallington*
                                                    James F. Wallington
                                                    BAPTISTE & WILDER, P.C.
                                                     1150 Connecticut Avenue, N.W. Suite 315
                                                     Washington, D.C.  20036
                                                     Ph: (202) 223-0723/Fax: (202) 223-9677
                                                     Email: jwallington@bapwild.com

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on the 9th day of August, 2018, a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Defendant International Brotherhood of Teamsters Local 808 was electronically filed with the Court.  Pursuant to Local Rule 5.2 and the Court's Procedures for Electronic Filing, this constitutes service on the following counsel:

Counsel for Plaintiff Steven Anderson:

Ralph A. Somma
Law Office of Ralph A. Somma
175 West Main Street, Suite One
Babylon, NY 11702
Email: rsomma@sommafirm.com

Separate email to:

Counsel for Defendant Metro-North Commuter Railroad Company:

Jennifer Mustes, Associate Counsel
Sofia Hubscher, Associate Counsel
Metro-North Commuter Railroad
420 Lexington Avenue, 11th Floor
New York, NY, 10170-1200
Email: jmustes@mnr.org
Email: hubscher@mnr.org

*s/ James F. Wallington*

_____

James F. Wallington
BAPTISTE & WILDER, P.C.
1150 Connecticut Avenue, N.W. Suite 315
Washington, D.C.  20036
Ph: (202) 223-0723/Fax: (202) 223-9677
Email: jwallington@bapwild.com