UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN ANDERSON,

                         Plaintiff,                    18 **CIVIL** 6152 (ER)

         -against-                          **JUDGMENT**

METRO-NORTH COMMUTER RAILROAD
COMPANY and INTERNATIONAL
BROTHERHOOD OF TEAMSTERS LOCAL 808,

                        Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 24, 2022, Defendants' motions for summary judgment are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           August 26, 2022

                                                **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                                  **BY:**   *J. Saviñon*
                                                 **Deputy Clerk**